Case 2:00-cr-00171-SRD   Document 193   Filed 11/15/2004   Page 1 of 1

Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

UNITED STATES OF AMERICA

v.

Crmin. No. 053L 2:00CR00171-003K

Southern Style Success, Inc.

On May 08, 2002, the above named was placed on Probation for a period of 5 years. Southern Style Success, Inc. has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that it be discharged from Probation.

Respectfully submitted,

Jill M. Schneckenburger
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 12th day of November, 2004.

Stanwood R. Duval, Jr.

Distribution:
  Original - Clerk's Office
  2 Certified Copies - United States Probation Office
  1 Certified Copy   - United States Attorney's Office
  1 Certified Copy   - Defense Attorney
  1 Certified Copy   - Defendant

DATE OF ENTRY
NOV 1 6 2004

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.